## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR330 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RANELLE D. PERRY, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Ranelle D. Perry (Perry) (Filing No. 22). Perry seeks an additional thirty days in which to file pretrial motions in accordance with the progression order. Perry has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 23). Perry's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Perry's motion for an extension of time (Filing No. 22) is granted. Perry is given until on or before December 2, 2013, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between November 1, 2013, and December 2, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 1st day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge