IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RANELLE D. PETTY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Unopposed Motion to Continue Change of Plea Hearing [28] and Motion for Appointment of Counsel [29].  The court scheduled both matters for hearing on March 17, 2014.  On March 14, 2014, defense counsel Jessica P. Douglas filed an Entry of Appearance [31] and Motion to Continue Plea Hearing [32].  Because new counsel has entered her appearance, the hearing previously scheduled for March 17, 2014 shall be cancelled. Motions [28] and [29] shall be denied as moot.  Good cause being shown, the Motion to Continue Plea Hearing [32] shall be granted.

IT IS ORDERED:

    1.  Defendant's Unopposed Motion to Continue Change of Plea Hearing [28] and Motion for Appointment of Counsel [29] shall be denied as moot.  The Motion to Continue Plea Hearing [32] shall be granted.  The hearing previously scheduled for March 17, 2014 is cancelled.

    2.  A hearing on the defendant's anticipated plea of guilty is scheduled before Judge. Laurie Smith Camp on **Monday, April 14, 2014** at the hour of **3:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    3.  At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall provide to the undersigned judge a copy of the following:  a) a copy of the Petition to Enter A Guilty Plea; b)  a copy of any plea agreement; and c) a copy of any charging document not yet on file.  **Failure to meet this deadline will cause the plea proceeding to be cancelled.**

    4.  On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

    5.  For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(1)(G) & (h)(7)(A).

    6.  If the defendant is not proficient in the English language, then the defense counsel must arrange for the person who translated the petition and plea agreement to be

present for entry of the plea **OR** shall present a completed "DECLARATION OF INTERPRETER (TRANSLATOR)" form available from the courtroom deputy clerk.

Dated this 14th day of March, 2014.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge