# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **RANELLE PERRY,** <br><br> Defendant. | **8:13CR330** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on the Defendant's Motion to Reduce Sentence Pursuant to First Step Act, ECF No. 81. The Motion is a form, constructed as a court order, in which the Defendant has filled in certain blanks. Other than the form's reference to potential "relief pursuant to the First Step Act of 2018," it is not possible to determine the Defendant's theory of eligibility for any such relief.

The Defendant pled guilty to the offense of Possession of a Firearm in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1). He was sentenced on July 14, 2014, to a term of 360 months incarceration, to be followed by five years of supervised release. His plea and sentence were pursuant to a plea agreement under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

The Court has reviewed the record of proceedings and finds no basis for relief for the Defendant under the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018).

IT IS ORDERED:

1. The Defendant's Motion to Reduce Sentence Pursuant to First Step Act, ECF No. 81, is denied; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 30th day of May 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge