IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR330 |
| v. | ORDER |
| RANELLE D. PERRY, | |
| Defendant. | |

This matter is before the Court on defendant Ranelle D. Perry's ("Perry") Motion to Reduce Sentence (Filing No. 91). Perry claims that he is entitled to a reduced sentence under the First Step Act ("First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194 (2018), because his 30-year sentence was based on two "stacked" convictions under 18 U.S.C. § 924(c)(1). Perry's motion must be denied for three reasons. First, Perry pleaded guilty to only one count under § 924(c), so his sentence could not be the result of stacking multiple counts. Second, the Court sentenced Perry in accordance with the parties' written plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). The Court independently concluded that the parties' agreed upon sentence of 360 months was "sufficient but not greater than necessary" to meet the goals of sentencing under 18 U.S.C. § 3553(a). Finally, Perry has already moved for a reduced sentence under the First Step Act, and although his motion was vague, the Court "reviewed the record of proceedings and [found] no basis for relief" under the First Step Act. For these reasons, Perry's Motion is denied.

IT IS SO ORDERED.

Dated this 14th day of July 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge